UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRYSTAL ROBERTS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | Case No.　3:15-cv-00043-SI<br><br>**ORDER RE: SERVICE OF PROCESS AND CONTINUING CASE MANAGEMENT CONFERENCE** |

Pro se plaintiff Krystal Roberts has paid her required filing fee (see Dkt. 5), but has not filed any proof that she has served defendant with the summons and complaint in this case, as she is required to do.  Federal Rule of Civil Procedure 4(m) requires that defendants be served within 120 days of filing the complaint, and provides that if service is not effected within this time, the case may be dismissed without prejudice.  In this case the complaint was filed on January 6, 2015, so that service was required by May 6, 2015.

**Plaintiff is notified that she must serve defendant with summons and complaint no later than June 12, 2015; if she does not do so, this action may be dismissed without prejudice**.  The Court advises plaintiff that assistance is available at the Northern District's Pro Se Help Desk (415-782-8982), and see also http://cand.uscourts.gov/helpcentersf.

**The case management conference scheduled for May 29, 2015 is rescheduled to June 26, 2015 at 2:30 p.m.**

**IT IS SO ORDERED.**

Dated: May 18, 2015

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California