UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRYSTAL ROBERTS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 3:15-cv-00043-SI<br><br>**ORDER RE: RESONSE TO COMPLAINT AND CONTINUED CASE MANAGEMENT CONFERENCE** |

The Court held a scheduled Case Management Conference on June 26, 2015. Defendant appeared through counsel, who indicated that service of process has recently been effected. Pro se plaintiff Krystal Roberts did not appear.

Defendant's counsel indicated that a response to the complaint will be filed on or before July 1, 2015.

**The Court scheduled a further Case Management Conference for Friday, August 7, 2015 at 3:00 p.m. The parties are ordered to prepare and file a joint Case Management Conference Statement no later than Friday, July 31, 2015.** A schedule for the balance of the case will be set at the next Case Management Conference.

Plaintiff must either appear in person at the Case Management Conference or make arrangements in advance with the courtroom deputy (Tracy Kasamoto, 415-522-2028) to appear by telephone.

**IT IS SO ORDERED.**

Dated: June 26, 2015

_____
SUSAN ILLSTON
United States District Judge