1  **RICHARD M. ROGERS, #045843**
   **LAW OFFICE OF RICHARD M. ROGERS**
2  100 Bush Street, #1980
   San Francisco, CA  94104
3  Telephone:    415/981-9788
   Facsimile:    415/981-9798
4  Email:        RogersRMR@yahoo.com

5  Attorneys for Plaintiff
   **KRYSTAL ROBERTS**
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11  KRYSTAL ROBERTS,                    ) **Case No.:  C15-00043 SI**
                                        )
12          Plaintiff,                  ) Case filed:            03/20/15
                                        ) Case removed to USDC:  07/01/15
13      v.                              ) Trial date:            TBA
                                        )
14  CITY AND COUNTY OF SAN FRANCISCO,   ) **STIPULATION AND [PROPOSED] ORDER**
    and SAN FRANCISCO PUBLIC LIBRARY,   ) **TO CONTINUE FURTHER CASE**
15                                      ) **MANAGEMENT CONFERENCE**
                                        )
16          Defendants.                 ) Date:        05/06/16
                                        ) Time:        3:00pm
17                                      ) Location:    Courtroom 1, 17th Floor
                                        )
18

---

Case No.:  C15-00043 SI -- STIPULATION AND ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE

ROBERTS
/CMC.2-STIP

1  The parties hereby stipulate to continue the Further Case Management Conference from
2  May 6, 2016, to May 20, 2016, on the ground that one of Plaintiff's counsel's daughters is
3  receiving her PhD on May 6 in Logan, Utah, and he has non-refundable plane tickets to attend.
4  Plaintiff's counsel will also be on vacation the week of May 9, 2016.  Both parties are
5  available May ~~20~~ 17, 2016. at 3:00 p.m. The joint statement shall be filed on
6  Dated: 04/27/16   May 16, 2016.   Respectfully submitted,

LAW OFFICE OF RICHARD M. ROGERS

By: /s/ Richard M. Rogers
RICHARD M. ROGERS
Attorneys for Plaintiff
KRYSTAL ROBERTS

Dated: 04/27/16

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
RAFAL OFIERSKI
Deputy City Attorney

By: /s/ Rafal Ofierski
RAFAL OFIERSKI
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

IT IS SO ORDERED.

Dated: 4/27/16   By: *[signature]*

SENIOR DISTRICT JUDGE SUSAN ILLSTON